**Opinion issued December 10, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00851-CV

———————————

### ANSCO & ASSOCIATES, LLC, Appellant

### V.

### CENTERPOINT ENERGY RESOURCES CORP. D/B/A CENTERPOINT ENERGY TEXAS GAS OPERATIONS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1205804-802**

---

## MEMORANDUM OPINION

Appellant, Ansco & Associates, LLC, filed a notice of restricted appeal from the trial court's May 15, 2024 Final Default Judgment in favor of appellee, Centerpoint Energy Resources Corp, doing business as Centerpoint Energy Texas Gas Operations. On November 20, 2024, appellant filed a motion to dismiss this

appeal, stating that the parties had "finalized and executed a settlement agreement resolving their disputes, rendering further proceedings in this appeal unnecessary." And, as a part of their agreement, the parties agreed that appellant would file a motion to dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellee is "agreed" to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). The motion further requests that the Court tax appellate costs "against the parties incurring them." *See* TEX. R. APP. P. 42.1(d).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.